# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**446**
**CA 10-02059**
PRESENT: SCUDDER, P.J., SMITH, LINDLEY, GREEN, AND GORSKI, JJ.

---

JONATHAN D. VANNEST, PLAINTIFF-APPELLANT,

V                                                                ORDER

SOUTH SHORE MARINA, LLC, DEFENDANT-RESPONDENT.

---

PORTER NORDBY HOWE LLP, SYRACUSE (ERIC C. NORDBY OF COUNSEL), FOR PLAINTIFF-APPELLANT.

SUGARMAN LAW FIRM, LLP, SYRACUSE (AMY M. VANDERLYKE OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Cayuga County (Thomas G. Leone, A.J.), entered July 8, 2010 in a personal injury action. The order granted the motion of defendant for summary judgment and dismissed the complaint.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  April 29, 2011                              Patricia L. Morgan
                                                      Clerk of the Court